**Order entered March 30, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01388-CV

**PREMIER POOLS MANAGEMENT CORP., ET AL., Appellants**

**V.**

**PREMIER POOLS, INC., Appellee**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-07182**

## ORDER

We **GRANT** the March 26, 2015 motion of David Langford, Official Court Reporter for the 44th Judicial District Court of Dallas County, Texas, for an extension of time to file the reporter's record. The reporter's record shall be filed by **MAY 4, 2015**.

/s/ ELIZABETH LANG-MIERS
   JUSTICE